Argued and submitted January 9, reversed in part and referee's order with respect to scheduled disability reinstated; otherwise affirmed February 18, 1987

In the Matter of the Compensation of
Harry J. Marshall, Claimant.

MARSHALL,
*Petitioner,*

*v.*

SAIF CORPORATION et al,
*Respondents.*

(WCB 84-09863; CA A38620)

732 P2d 958

Nelson R. Hall, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

John A. Reuling, Jr., Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of an order of the Workers' Compensation Board reducing the amount of a scheduled award for loss of use of the left and right legs and increasing an award of unscheduled disability. It appears that the Board misinterpreted the medical evidence in erroneously concluding that claimant's disability was limited to his feet. In fact, as SAIF concedes, the disability extends to his legs. On *de novo* review, we conclude that the referee's award of 50 percent scheduled disability for loss of use of each leg is more appropriate.

Reversed in part; referee's order with respect to scheduled disability reinstated; otherwise affirmed.